# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DRAPEAU,<br><br>Defendant. | 3:22-CR-30062-RAL<br><br>REPORT AND RECOMMENDATION FOR DISPOSITION OF MOTION TO SUPPRESS |

James Drapeau (Drapeau) filed a motion to suppress statements he made to a BIA officer on May 24, 2022[1] that the officer recorded.[2] The government responded, asserting that certain statements were not subject to suppression at all and, at the same time, conceding that other statements were excludable as substantive (but not impeachment)

---

[1] Docket No. 47; *see also* Docket No. 48 (Memorandum in Support of Motion).

[2] *See* Ex. 1, filed with the clerk (video/audio recording of Drapeau's statements).

evidence.[3]  In his reply, Drapeau agreed with the government.[4]  It appearing that the parties are in accord with the disposition of the suppression motion, it is hereby

RECOMMENDED that Drapeau's motion be granted in part and denied in part. The motion should be granted to the extent it seeks to suppress, as substantive evidence (but not for impeachment purposes), Drapeau's statements after the time stamp on the video/audio recording of 15:05:27.  The motion should be denied in all other respects (meaning that the statements Drapeau made before the 15:05:27 mark are fully admissible at trial).

## NOTICE

The parties have 14 calendar days after service of this report and recommendation to object to the same.[5] Unless an extension of time for cause is later obtained,[6] failure to file timely objections will result in the waiver of the right to appeal questions of fact.[7] Objections must "identify[] those issues on which further review is desired[.]"[8]

---

[3] Docket No. 50.

[4] Docket No. 51.

[5] *See* 28 U.S.C. §636(b)(1); Fed. R. Crim. P. 59(b).

[6] *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990); *Nash v. Black*, 781 F.2d 665, 667 & n.3 (8th Cir. 1986) (*citing Thomas v. Arn*, 474 U.S. 140, 155 (1985)).

[7] *See Thompson*, 897 F.2d at 357; *Nash*, 781 at 667.

[8] *Arn*, 474 U.S. at 155.

DATED this 15th day of March 2023.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE
